In the

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 22, 2005

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 04-1666

JASON COPELAND,

                *Plaintiff-Appellee*,

    *v.*

COUNTY OF MACON, ILLINOIS, AND
OFFICE OF THE SHERIFF OF MACON
COUNTY, ILLINOIS,

            *Defendants-Appellants.*

Appeal from the United States District
Court for the Central District of Illinois.

No. 02 C 2016

Harold A. Baker,
*Judge*.

**O R D E R**

The slip opinion issued in the above-entitled case on April 13, 2005 is hereby amended as follows: On page 10, in the conclusion section, replace "County." with "defendants, the County of Macon and the Office of the Sheriff of Macon County."

On consideration of the petition for rehearing and petition for rehearing *en banc* filed by the plaintiff-appellee in the above-captioned case, no judge in active service has requested a vote on the petition for rehearing *en banc* and all of the members of the original panel have voted to deny the petition for rehearing.

Accordingly, the petition for rehearing and rehearing *en banc* are DENIED.